954

LAS took no part in the consideration or decision of this application. *R. M. Jefferies, Wm. S. Youngman, Jr.* and *Duncan C. Lee* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Stanley M. Silverberg, Paul A. Sweeney, Melvin Richter, Bradford Ross, Howard E. Wahrenbrock, Francis R. Bell, Roger S. Foster* and *Harry G. Slater* for the Securities & Exchange Commission and Federal Power Commission; *George Roberts* for the Commonwealth & Southern Corporation; and *W. C. McLain* and *J. B. S. Lyles* for the South Carolina Electric & Gas Co., respondents.

No. 627. TILLMAN *v.* TILLMAN. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Emory B. Smith* for petitioner. *Naomi Wheeler* for respondent.

No. 350, Misc. BLAIR *v.* COEN. C. A. 7th Cir. Certiorari denied. *Elmer McClain* and *William Lemke* for petitioner. *McCawley Baird* for respondent.

No. 391, Misc. COKER *v.* ILLINOIS CENTRAL RAILROAD CO. ET AL. Supreme Court of Tennessee. Certiorari denied. *Harold R. Ratcliff* for petitioner. *Marion G. Evans* and *Lovick P. Miles* for respondents.

No. 403, Misc. FRIES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Robert P. Hobson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Paul A. Sweeney* and *Morton Hollander* for the United States.

No. 413, Misc. BIRD *v.* STATE OF WASHINGTON. Supreme Court of Washington. Certiorari denied. Peti-